UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INTERNATIONAL PRINTER CORP.<br><br>      Plaintiff,<br><br>   v.<br><br>BROTHER INTERNATIONAL CORP.; BROTHER INDUSTRIES, LTD.; DELL, INC.; EASTMAN KODAK CO.; HEWLETT-PACKARD CO.; MURATEC AMERICA, INC.; MURATA MACHINERY, LTD.; OCÉ NORTH AMERICA, INC.; OCÉ N.V.; OKI DATA AMERICAS, INC.; OKI DATA CORP.; PANASONIC CORP. OF NORTH AMERICA; MATSUSHITA ELECTRIC INDUSTRIAL CO. LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; EPSON AMERICA, INC.; SEIKO EPSON CORP.; TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.; TOSHIBA CORP.; and XEROX CORP.;<br><br>      Defendants. | CASE NO.  2:07CV361 TJW<br><br>Jury Trial Demanded |

## **ORDER**

Having considered International Printer Corp., Samsung Electronics America, Inc., and Samsung Electronics Co., Ltd.'s Joint Motion to Dismiss With Prejudice, the Court finds that good cause exists for granting the motion. All claims asserted by International Printer Corp. against Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd., and all counterclaims asserted by Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. against International Printer Corp. are hereby dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED.

    SIGNED this 29th day of September, 2008.

                                                                _____
                                                                 T. JOHN WARD
                                                                 UNITED STATES DISTRICT JUDGE