**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| INTERNATIONAL PRINTER CORP. § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2-07-CV-361-TJW |
| § | |
| BROTHER INTERNATIONAL CORP. ET § | |
| AL., § | |
|     Defendants. § | |

## ORDER

The Court has been advised that all claims and counterclaims between the Plaintiff and Defendants in this case have been settled and dismissed. All pending motions, therefore, are DENIED as MOOT. The Court orders that this case be closed.

SIGNED this 29th day of September, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE